IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO J. CALDERON LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ABRAHAM SILBERMAN, et al.,<br><br>Defendants. | Case No. 18-cv-00747-MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS** |

The Court is in receipt of plaintiff's "Request to Proceed In Forma Pauperis," filed February 5, 2018.  Having read and considered the Request, the Court rules as follows.

In his Request, plaintiff asserts he is unemployed, has no money in a checking or savings account, has not received income, payments, or gifts of any type in the past twelve months, and does not own any "valuable property."  (See Request at 1-2.)  In the caption of both his Complaint and Request, however, plaintiff lists himself as doing business as "Starlight Consulting Services," and provides as his address of record a suite in a commercial building.

Given what appears to be a conflict in the information provided by plaintiff, the Court hereby DENIES the Request, and plaintiff is hereby DIRECTED to submit, no later than February 23, 2018, either the filing fee or an Amended Request clarifying the above-noted apparent conflict and setting forth in greater detail his financial status.

**IT IS SO ORDERED.**

Dated: February 6, 2018

MAXINE M. CHESNEY
United States District Judge