IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO J. CALDERON LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ABRAHAM SILBERMAN, et al.,<br><br>Defendants. | Case No. 18-cv-00747-MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS** |

By order filed February 6, 2018, the Court directed plaintiff to submit, no later than February 23, 2018, either the filing fee or an Amended Request to Proceed In Forma Pauperis. The deadline provided has passed, and plaintiff has not submitted either the filing fee or an Amended Request. Instead, plaintiff has filed a motion purportedly in response to the Court's order, the content of which motion, even if submitted as directed in an Amended Request, fails to address the deficiencies noted in the Court's order.

Accordingly, plaintiff's Request is hereby DENIED, and plaintiff shall, no later than March 7, 2018, pay the requisite filling fee.

**IT IS SO ORDERED.**

Dated: February 28, 2018

MAXINE M. CHESNEY
United States District Judge